**241 CORPORATION, Petitioner,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent.**

**No. 186, Docket 24359.**

United States Court of Appeals Second Circuit.

Argued March 5, 6, 1957.

Decided March 28, 1957.

Bernard Weiss, New York City, for petitioner.

Charles K. Rice, Asst. Atty. Gen. (Lee A. Jackson and Morton K. Rothschild, Attorneys, Department of Justice, Washington, D. C.,), for respondent.

Before MEDINA and WATERMAN, Circuit Judges, and GALSTON, District Judge.

PER CURIAM.

Affirmed on the findings of fact and opinion of Judge Rice, T.C.Memo. 1956–174.

■

**NATIONAL LABOR RELATIONS BOARD, Petitioner,**

v.

**NEW ENGLAND DIE CASTING COMPANY, Respondent.**

**No. 229, Docket 24332.**

United States Court of Appeals Second Circuit.

Argued March 7, 1957.

Decided March 28, 1957.

Theophil C. Kammholz, Washington, D. C., General Counsel (Stephen Leonard, Washington, Associate General Counsel, Marcel Mallet-Prevost, Asst. General Counsel, Arnold Ordman and William W. Watson, Washington, D. C., Attorneys), for petitioner.

Irving Sweedler and Abraham S. Ullman, New Haven, Conn., for respondent.

Before MEDINA and WATERMAN, Circuit Judges, and GALSTON, District Judge.

PER CURIAM.

Enforcement granted, for the reasons stated in the decision of the Board. 116 N.L.R.B. No. 1.